IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VANESSA TIMMONS and AMANDA ROLLINS, | § § § |
| *Plaintiffs*, | § § |
| v. | § § |
| | §   Case No. 2:20-cv-00056-JRG-RSP |
| CONCORD HEALTHCARE, LLC, GARDENDALE REHABILITATION & NURSING CENTER, JOSEF NEUMAN, OSCAR ROSENBERG, and SHERYL SMITH, | § § § § § § |
| *Defendants*. | § § |

## ORDER

Before the Court are two motions for default judgment affecting four of the five named Defendants. The first motion, Plaintiff's Motion for Default Judgment (Dkt. No. 12) (the "First Motion") was filed on June 4, 2020 and seeks default judgment against Defendants Concord Healthcare Group, LLC ("Concord") and Oscar Rosenberg ("Rosenberg"). The Magistrate Judge entered a Report and Recommendation (Dkt. No. 16) on July 27, 2020, recommending that the First Motion be granted. No objections have been filed and the Court, having reviewed the record *de novo*, finds that the Report is correct and it is hereby **ADOPTED**.

The second motion, Plaintiff's Motion for Default Judgment (Dkt. No. 24) (the "Second Motion") was filed on October 12, 2020 and seeks default judgment against Defendants Gardendale Rehabilitation & Nursing Center ("Gardendale") and Josef Neuman ("Neuman"). For the same reasons as assigned with regard to defendants Concord and Rosenberg in the Report and Recommendation adopted above, the Court finds that default judgment is appropriate as to Gardendale and Neuman, and that the Second Motion should be and hereby is **GRANTED**.

A Default Judgment in favor of Plaintiffs Vanessa Timmons and Amanda Rollins will be entered against the four defendants named above. The judgment will not be final and executable,

under the provisions of Rule 54(b), until the proceedings against the fifth Defendant, Sheryl Smith, have been concluded.

**So ORDERED and SIGNED this 23rd day of December, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE